STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Randall Earl Hart
Attorney at Law
1301 Common St.
Lake Charles LA 70601

**REHEARING ACTION: May 18, 2016**

**Docket Number: 15   01091-CW**

**ALYCIA RODE (D), ET AL.**
**VERSUS**
**DR. FRANK LOPEZ, ET AL.**

**Writ Application from Calcasieu Parish Case No. 2015-0712**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Sylvia R. Cooks**
    **Hon. John D. Saunders**
    **Hon. Billy Howard Ezell**
    **Hon. Shannon J. Gremillion**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the ruling for

the application for rehearing filed by **Paul Rode, et al** is:

    **REHEARING GRANTED.**
    Gremillion, J., dissents and would deny the rehearing.
    Conery, J., dissents and would deny the rehearing.

    Briefing is ordered by the court.  The following schedule is established,
    and no extensions will be granted.

    Plaintiffs' brief is due on or before 05/25/16
    Dr. Lopez's brief is due on or before 06/02/16

    The case will be considered submitted to the court on briefs on June 21,
    2016.

cc: John Gregory Bergstedt, Counsel for  the Respondent
   Elizabeth Fontenot Shea, Counsel for  the Respondent
   L. Paul Foreman, Counsel for the Applicant